# JONES WALKER
Alabama, Arizona, District of Columbia
Florida, Georgia, Louisiana, Mississippi, New York, Texas

FED. I.D.# 72-0445111

September 30, 2013

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA         INVOICE NO. 675041
ATTN: JUDGE REBECCA F. DOHERTY
      MAGISTRATE JUDGE PATRICK J. HANNA
JOHN M. SHAW COURTHOUSE
800 LAFAYETTE STREET
LAFAYETTE, LA 70501

      RE:   ACTOS MDL
               FILE NO. 130758-00

FOR PROFESSIONAL SERVICES RENDERED DURING AUGUST 2013:

| | |
|---|---|
| TOTAL FEES | $119,224.00 |
| TOTAL COSTS AUGUST | $ 4,188.62 |
| | $123,412.62 |
| **TOTAL DUE AND OWING** | **$123,412.62** |

{L0263194.2}